**STATE of Missouri, Respondent,**

v.

**David M. RUSSELL, Appellant.**

**No. WD 62601.**

Missouri Court of Appeals, Western District.

June 29, 2004.

K. Louis Caskey, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Andrew W. Hassell, Office of Attorney General, Jefferson City, for respondent.

Before PAUL M. SPINDEN, Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

**ORDER**

David M. Russell appeals the circuit court's judgment convicting him of possession of a controlled substance. We affirm. Rule 30.25(b).